FILED

03/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0614

IN THE SUPREME COURT OF THE STATE OF MONTANA
***************************
Case No. DA 21-0614
***************************

STATE OF MONTANA,

    )

    Plaintiff and Appellee,

    v.

CHRISTOPHER I. TOULOUSE,

    Defendant and Appellant.

)
)
)
)
)
)
)
)
)

**APPELLANT'S MOTION
FOR EXTENSION OF TIME
WITH AFFIDAVIT IN SUPPORT**

*************************************
**ORDER**
*************************************

Upon consideration of Appellant's Motion for Extension of Time, and good cause appearing:

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time to and including April 24, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 16 2023